**Appeal Dismissed and Memorandum Opinion filed February 8, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00593-CV

---

## IN THE INTEREST OF G.D.P., A CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2013-03419**

## MEMORANDUM OPINION

This appeal is from a judgment signed July 20, 2021. The court reporter indicated on November 19, 2021 that appellant had not requested that the reporter's record be prepared and that the trial court had not ordered that the record be prepared. The clerk's record was filed November 23, 2021.

On December 14, 2021, this court ordered appellant to file a brief within 30 days and further warned appellant that if he failed to comply with the order, the court would dismiss the appeal for want of prosecution, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.